11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Ronald Dwayne Whitfield

Appellant

Vs.                   No. 11-02-00188-CV B Appeal from Taylor County

Rick Perry and Board of Pardons and Paroles

Appellees

 

On November 14, 2002, this court ordered appellant
to file the required filing fee on or before November 27, 2002.  Appellant responded by filing a pro se
motion to proceed on appeal in foma pauperis. 
The motion and the attached affidavit do not comply with the
requirements of TEX.R.APP.P. 20.1.  As
stated in the November 14 order, the payment of the filing fee is required
unless a proper affidavit is filed. 
TEX.R.APP.P. 5.  Appellant=s motion is overruled.  

The appeal is dismissed. 

 

PER CURIAM

 

December 6, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of:  Arnot, C.J.,
and

Wright, J., and McCall, J.